```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
                                                X

MARY ANN HOOK and JOHN WRIGHT,

                    Plaintiffs,


          -against-

TARGET and TARGET, INC.,

                    Defendants.
                                                X
```

## REMOVAL PETITION

To the Honorable Judges of the United States District Court for the Southern District of New York, the defendant, TARGET CORPORATION i/s/h/a TARGET and TARGET, INC., by its attorneys, Connors and Connors, P.C., states the following upon information and belief:

1. That TARGET CORPORATION i/s/h/a TARGET and TARGET, INC. is a defendant in the above-entitled action.

2. On June 16, 2008 this action was commenced against TARGET CORPORATION i/s/h/a TARGET and TARGET, INC. in the Supreme Court of the State of New York, Bronx County, and is now pending. The action is captioned:

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
                                                X
MARY ANN HOOK and JOHN WRIGHT,

                    Plaintiff(s),         Index No.:
          -against-                       305150/08

TARGET and TARGET, INC.,

                    Defendant(s).
                                                X
```

3. On July 14, 2008, a Summons and Complaint was served in this matter on a representative of Target Corporation.

4. The defendant, TARGET CORPORATION, is filing this Notice of Removal within 30 days of service of the Summons and Complaint.

5. No further proceedings have been had in the Supreme Court of the State of New York, Bronx County.

6. The amount in controversy in this action exceeds the sum of $75,000 exclusive of interests and costs.

7. Plaintiff is a citizen of New York State.

8. At the time the Summons and Complaint was filed, TARGET CORPORATION i/s/h/a TARGET and TARGET, INC. was incorporated in the State of Minnesota and upon information and belief, its principal place of business was also in the State of Minnesota.

9. This is an action for damages for personal injury resulting from the alleged negligence of the defendant.

10. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441.

11. A copy of the Summons and Complaint served on TARGET CORPORATION is annexed hereto.

12. This notice is filed with this Court within 30 days after service of the Summons and Complaint in this action.

WHEREFORE, TARGET prays that the above action now pending against it in the Supreme Court of the State of New York, County of Bronx, be removed to this Honorable Court.

                                        **JOHN P. CONNORS, JR. (6514)**  
                                        Connors & Connors, P.C.  
                                        Attorneys for Defendant  
                                        TARGET CORPORATION i/s/h/a  
                                        TARGET and TARGET, INC.  
                                        766 Castleton Avenue  
                                        Staten Island, New York 10310-9003  
                                        (718) 442-1700

TO:   WILLIAM A. GALLINA, ESQ.  
       Attorneys for Plaintiffs  
       1180 Morris Park Avenue  
       Bronx, New York 10461

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

JENNIFER SANCHEZ,

              Plaintiff,              **NOTICE OF REMOVAL**

             -against-

TARGET RIVERDALE and TARGET CORPORATION,

              Defendants.
————————————————————————X

**SIRS:**

    **PLEASE TAKE NOTICE**, that upon the removal of this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, a Removal Petition, a copy of which is annexed hereto was duly filed in the Office of the Clerk of the United States District Court for the Southern District of New York on the    th day of March, 2008.

Dated:    Staten Island, New York
           March 27, 2008

                                      **JOHN P. CONNORS, JR. (6514)**
                                      Connors & Connors, P.C.
                                      Attorneys for Defendant
                                      TARGET CORPORATION
                                      766 Castleton Avenue
                                      Staten Island, New York 10310
                                      (718) 442-1700

TO:   WILLIAM A. GALLINA, ESQ.
      Attorneys for Plaintiffs
      1180 Morris Park Avenue
      Bronx, New York 10461

**CERTIFICATE OF SERVICE**

    I, JOHN P. CONNORS, JR., hereby certify that a copy of the foregoing NOTICE OF REMOVAL was mailed by first class mail, postage prepaid, this   th day of March, 2008, to all counsel of record as indicated below.

 

_____
**JOHN P. CONNORS, JR. (6514)**

TO:  WILLIAM A. GALLINA, ESQ.
     Attorneys for Plaintiffs
     1180 Morris Park Avenue
     Bronx, New York 10461

```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
————————————————————————X
JENNIFER SANCHEZ,

                Plaintiff(s),              Civ.


           -against-

TARGET RIVERDALE and TARGET CORPORATION,

                Defendants.
————————————————————————X
```

  Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

NONE

DATE:  March 27, 2008

_____<br>
<b>JOHN P. CONNORS, JR. (6514)</b>

**CERTIFICATE OF SERVICE**

I, JOHN P. CONNORS, JR., hereby certify that a copy of the foregoing RULE 7.1 STATEMENT was mailed by first class mail, postage prepaid, this    th day of March, 2008, to all counsel of record as indicated below.

_____
**JOHN P. CONNORS, JR. (6514)**

TO:  WILLIAM A. GALLINA, ESQ.
     Attorneys for Plaintiffs
     1180 Morris Park Avenue
     Bronx, New York 10461